# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Southwestern Management, Inc. v. Ocinomled, Ltd.

No. 15-1939

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Ocinomled, Ltd.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Dickerson M. Downing
Law Firm: Law Offices of Dickerson M. Downing
Address: 243 Tresser Boulevard, 17th Floor,
City, State and Zip: Stamford, CT 06901
Telephone: 203 355-3620
Fax #: 203-355-3601
E-mail address: ddowning@downingip.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/15/02

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 2, 2015    Signature of pro se or counsel [signature]

cc: All Opposing Counsel

Reset Fields