NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHWESTERN MANAGEMENT, INC.,**
*Appellant*

v.

**OCINOMLED, LTD., EMERIL'S FOOD OF LOVE PRODUCTIONS, LLC,**
*Appellees*

---

2015-1939

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 94002242.

---

**ON MOTION**

---

**O R D E R**

Southwestern Management, Inc. ("Southwestern") submits a motion for clarification and direction regarding the preparation of the appendix. Southwestern also moves for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted to the extent that the briefing schedule is stayed pending the court's decision on the motion for clarification.

                                                    FOR THE COURT

                                                    /s/ Daniel E. O'Toole
                                                    Daniel E. O'Toole
                                                    Clerk of Court

s32